



## MEMORANDUM OPINION

No. 04-12-00467-CR

Vanessa **FEARS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR4436
Honorable Angus McGinty, Judge Presiding

PER CURIAM

Sitting: Catherine Stone, Chief Justice
    Karen Angelini, Justice
    Marialyn Barnard, Justice

Delivered and Filed: September 19, 2012

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. The motion is granted and this appeal is

dismissed. *See* TEX. R. APP. P. 42.2(a).

             PER CURIAM

DO NOT PUBLISH